United States District Court
or the
Southern District of Florida

| | |
|---|---|
| B&G Investments, S.A., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-22145-Civ-Scola |
| | ) |
| Nodus International Bank, Inc. and others, Defendants. | ) ) |

## Order Scheduling Mediation

The mediation conference in this matter will be held with **Joseph Farina** on **April 11, 2024**. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court. As set forth in Local Rule 16.2(a)(2), whether to mediate in person or via videoconference is at the discretion of the parties. However, if the parties are unable to agree, as the Local Rule provides, the mediation must be held by videoconference.

The Court reminds the parties that the mediation report is due within seven days following the mediation conference. If the mediator fails to file a mediation report within seven days following the mediation conference, lead counsel must file a mediation report within fourteen days after the mediation conference.

**Done and ordered**, in Miami, Florida, on February 23, 2024.

_____
Robert N. Scola, Jr.
United States District Judge