United States District Court
or the
Southern District of Florida

| | |
|---|---|
| B&G Investments, S.A., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-22145-Civ-Scola |
| | ) |
| Nodus International Bank, Inc. and others, Defendants. | ) ) |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal, ECF No. 78.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on April 11, 2024.

_____
Robert N. Scola, Jr.
United States District Judge